JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| MAURICE MILES SR., ) | Case No. CV 22-04654-DDP(AS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| THE STATE SUPERIOR COURT JUDGE, and PUBLIC DEFENDERS LA, ) | |
| Respondents. ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: SEPTEMBER 23, 2022

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE